ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR VASQUEZ ELIZONDO, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 1:25-cv-01656-FRS (EPG) <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 31 days, from January 30, 2026 to March 2, 2026, for the Commissioner to respond to Plaintiff's complaint.

This is the Commissioner's first request for an extension of time. Plaintiff does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Pursuant to Rule 4 of the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), the Commissioner will answer Plaintiff's complaint by filing a certified copy of the administrative record. However, due to staffing reductions, organizational changes, and residual backlogs in processing electronic certified administrative records (eCARs),

Stipulation; Order                     Page 1                     Case No. 1:25-cv-01656-FRS (EPG)

the eCAR in the instant case is not yet ready to file.  The Commissioner therefore respectfully requests an extension until March 2, 2026 to file this eCAR, with all other case deadlines extended accordingly.

Respectfully submitted,

Dated: January 28, 2026                     LAW OFFICES OF FRANCESCO BENAVIDES

By:/s/ *Francesco Benavides**
FRANCESCO BENAVIDES
Attorneys for Plaintiff
[*As authorized by e-mail on Jan. 28, 2026]


Dated: January 29, 2026                     ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy

By:      /s/ *Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation (ECF No. 11), IT IS ORDERED that the deadline for the Commissioner's response to Plaintiff's complaint is extended thirty-one (31) days, from January 30, 2026 to **March 2, 2026,** with all other case deadlines extended accordingly.

DATED: _1/29/26_

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE