ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      Program Litigation 1 | Law & Policy
      Social Security Administration
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4822
      E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HECTOR VASQUEZ ELIZONDO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No.  1:25-cv-01656-FJS<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 17) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from April 3, 2026 to May 4, 2026.  This is Defendant's first request for an extension of time to respond to Plaintiff's brief.  Defendant requests this extension because undersigned counsel recently returned from leave and needs additional time to perform a defensibility review.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before May 4, 2026;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before May 18, 2026).

Respectfully submitted,

DATE: April 1, 2026                    /s/   *Francesco P. Benavides* *
                                       FRANCESCO P. BENAVIDES
                                       Attorney for Plaintiff
                                       (* approved via email on 4/1/26)

                                       ERIC GRANT
                                       United States Attorney

DATE: April 1, 2026                    By  *s/ Marcelo Illarmo*
                                       MARCELO ILLARMO
                                       Special Assistant United States Attorney

                                       Attorneys for Defendant

2

ORDER

Pursuant to the parties' stipulation (ECF No. 17) and good cause appearing, IT IS HEREBY ORDERED that:

1.  Defendant shall respond to Plaintiff's opening brief on or before May 4, 2026; and

2.  Plaintiff's optional reply will be due within fourteen (14) days of the filing of Defendant's brief, on or before May 18, 2026.

IT IS SO ORDERED.

Dated:    **April 3, 2026**    _____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

3