UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HECTOR VASQUEZ ELIZONDO,

Plaintiffs,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:25-CV-01656-FJS

ORDER GRANTING PARTIES' STIPULATION FOR VOLUNTARY REMAND

(ECF No. 19)

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

On remand, the Commissioner will offer Plaintiff the opportunity for an additional hearing; develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

DATE: April 27, 2026                    /s/   *Francesco P. Benavides* *
                                        FRANCESCO P. BENAVIDES
                                        Attorney for Plaintiff
                                        (* approved via email on 4/24/26)

                                        ERIC GRANT
                                        United States Attorney

DATE: April 27, 2026            By    s/ *Marcelo Illarmo*
                                        MARCELO ILLARMO
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant

ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. (ECF No. 19.)

The Clerk of the Court is directed to enter a judgment in favor of the Plaintiff, and against the Defendant, reversing the final decision.

IT IS SO ORDERED.

Dated:    **April 28, 2026**                    _____
                                           UNITED STATES MAGISTRATE JUDGE